**Order filed December 12, 2013.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-12-00971-CR**
**NO. 14-12-01011-CR**
_____

**FRANKIE RAYSHAWN HILL-TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause Nos. 10-DCR-056063 & 10-DCR-056064**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the originals of **State's exhibit 105, a DVD and Defendant's exhibit 1, a DVD.**

The clerk of the 434th Judicial District Court is directed to deliver to the Clerk of this court the originals of State's exhibit 105, a DVD and Defendant's exhibit 1, a DVD, on or before **December 31, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the originals of State's exhibit 105, a DVD and Defendant's exhibit 1, a DVD, to the clerk of the 434th Judicial District Court.


PER CURIAM